UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| MARTINS MAINTENANCE, INC., <br>     Plaintiff, <br><br> v. <br><br> JOSE A. FELIX & SORIANO CLEANING SERVICES LLC, <br>     Defendants. | C.A. No. 1:25-cv-338-JJM-PAS |

ORDER and JUDGMENT

Before the Court is Plaintiff Martins Maintenance, Inc.'s ("Martins") Motion for Judgment by Default against Defendants Jose A. Felix and Soriano Cleaning Services LLC. ECF No. 24. Because default has entered (ECF No. 21), and there are no objections to the current Motion for entry of default judgment, and because the facts introduced by Martins and the law independently call for default judgment in the following amounts to enter, the Court GRANTS the Motion as follows:

FINAL JUDGMENT ENTERS for Martins Maintenance, Inc., against Jose A. Felix and Soriano Cleaning Services LLC, jointly and severally, for

    (1) total damages in the amount of $175,191.31; plus

    (2) Plaintiff's attorneys' fees and costs in the amount of $24,013.70.

The Court will retain jurisdiction to construe, modify, or enforce the provisions of the Final Judgment. The Court denies all other requests for relief and judgment.

IT IS SO ORDERED.


*s/John J. McConnell, Jr.*

_____

John J. McConnell, Jr.
Chief Judge
United States District Court

December 15, 2025